UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOANN EGLETES                              JURY TRIAL DEMANDED

v.                                         CASE NO. 3:10

LAW OFFICES HOWARD LEE SCHIFF, P.C.

## COMPLAINT

1. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331.

3. Plaintiff is an individual who resides in Connecticut.

4. Plaintiff is a consumer within the meaning of the FDCPA.

5. Defendant is a law firm in the practice of consumer debt collection.

6. Defendant engaged in efforts to collect from plaintiff a personal credit account on behalf of Capital One Bank.

7. Judgment entered in favor of Capital One Bank for $1,987.82 plus $35 costs, in Capital One Bank v. Egletes, SCC-1451 ("the Small Claims case"), on November 10, 2006.

8. Defendant did not file a motion for postjudgment interest in the Small Claims case, and did not allege or prove that plaintiff had unlawfully detained money.

9. On 11/19/2009, defendant filed an application for wage execution proceedings in the Small Claims case.

10. On 1/14/2010, the clerk granted the application, after specifically crossing out and initialing the portion of the form reading "with postjudgment interest from the said Date of Judgment on the Total in line 5 above, to the date when this execution is

satisfied." A copy is attached hereto.

11. Thereafter, defendant transmitted the execution to the marshal with specific directions to add $619.43 interest to the amount of the wage execution. A copy is attached hereto.

12. Therefter, the marshal served the execution as directed on the plaintiff's employer with a letter from defendant "To Employer with copy for Employee" stating, inter alia, "Judgment interest accrues, on the decreasing balance, until the balance is paid. Since we are not sure how long it will take for this interim balance to be paid, we will advise you as to the additional judgment interest which will be due when we are informed that the interim balance is, or is almost paid."

13. Prior to serving the wage execution, defendant had specifically and repeatedly sought payment of interest on the judgment amount.

14. Upon information and belief, defendant still contends interest is due on the Small Claims judgment.

15. Pursuant to Conn. Gen. Stat. §37-3a, both prejudgment and postjudgment interest is discretionary with the court. *E.g.*, *Urich v. Fish*, 112 Conn. App. 837, 844, 965 A.2d 567 (2009).

16. Defendant has a regular pattern and practice of seeking postjudgment interest despite failing to allege or prove that a defendant has wrongfully detained funds.

17. Defendant has a regular pattern and practice of seeking postjudgment interest despite failing to request or receive an award of postjudgment interest.

18. In the course of the collection, defendant violated §1692d, -e, or -f(1).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against Defendant for statutory damages, pursuant to 15 U.S.C. § 1692k;

(b) That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(f) That the Court grant such other and further relief as may be just and proper.

        PLAINTIFF,

        BY    **/s/ Joanne S. Faulkner**
               Joanne S. Faulkner ct04137
               123 Avon Street
               New Haven, CT 06511-2422
               (203) 772-0395
               faulknerlawoffice@snet.net

**WAGE EXECUTION PROCEEDINGS
APPLICATION, ORDER, EXECUTION**
JD-CV-3 Rev. 3-09
General Statutes §§ 31-58(j), 52-350a, 52-361a,
52-356d, 29 U.S.C. 206(a)(1)

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov
Employer: See Page 2 for instructions



**Judgment Creditor or Attorney**
1. Prepare original and four copies.
2. Attach form JD-CV-3a to one copy of this form.
3. Present original and 3 copies to clerk of court.
4. Keep one copy for your file.

**Instructions
Clerk**
1. Issue execution by signing original and 2 copies.
2. Retain one copy for court file
3. Enter any court ordered limitation at the bottom of section II on page 2.

**Proper Officer**
1. Leave one signed copy with employer.
2. Make return on signed original.
3. Leave one copy of Modification and Exemption Claim form (JD-CV-3a) with employer and fill in "Date of Service" on form.

Name and mailing address of Judgment Creditor or Attorney
(To be completed by Judgment Creditor or Attorney)

Law Offices
Howard Lee Schiff, P.C.
P.O. Box 280245
E Hartford, CT  06128 0245

CN: M30909

**APPWEX**



**WAGEEX**

| Address of court (Number, street, and town) | G.A. ☒ | J.D. ☐ | Housing Session ☐ | Date of judgment | Docket number |
|---|---|---|---|---|---|
| 235 CHURCH ST  NEW HAVEN CT | | | | 9/28/06 | SCC1451 |

Amount of [weekly] (weekly, monthly, or other) payments ordered
$ $100.00   (Employers must pay amount of execution calculated on page 2 of this form)
Commencement date: 11/10/06

| Name(s) and address(es) of Judgment Creditor(s) | Name(s) and address(es) of Judgment Debtor(s) |
|---|---|
| CAPITAL ONE BANK<br>4851 COX RD<br>GLEN ALLEN, VA 23060 | JOANN EGLETES<br>148 BRADFORD AVENUE #7<br>EAST HAVEN CT 06512-4237 |

Name and address of employer of Judgment Debtor (If known)
LAW OFFICE OF IRIVING PINSKY, 114 SHERMAN AVE, NEW HAVEN, C
Telephone number of employer: (203) 624-3175

1. Amount of judgment (Include where applicable, prejudgment interest and attorney's fees): $1,987.82
2. Amount of costs and fees: $35.00
3. Total amount of judgment, costs and fees (Add 1 and 2): $2,022.82
4. Total amount paid (If any): $1,080.00
5. Total amount unpaid (Subtract 4 from 3): $942.82
6. Application fee for wage execution (If not waived by the court): $75.00
7. Total of lines 5 and 6: $1,017.82

Signed (Judgment Creditor or Attorney): Stephen A. Wiener Esq.
Date signed: 11/11/09
Telephone number: 860-528-9991

To: Any Proper Officer P.O. Box 280245, East Hartford, CT  06128 0245

Whereas the above-named Judgment Creditor(s) recovered judgment against the above-named Judgment Debtor(s) for the above Amount of Judgment, Costs and Fees as appears of record, whereof execution remains to be done on the Total Shown in line 7 above,

And Whereas, pursuant to statute, the said court entered an order that said judgment be paid in installment payments,

And Whereas, the said Judgment Debtor(s) failed to comply with said order for installment payments, as appears of record by application of said Judgment Creditor(s) moving that this execution issue on said Total in line 7 above.

These are, therefore, by authority of the State of Connecticut, to command you, that of any amount of any debt accruing by reason of personal services due any said Judgment Debtor as may not exceed the Amount of Execution calculated on page 2 of this form, within your precincts, you cause to be levied, paid, and satisfied unto the said Judgment Creditor(s), ~~with postjudgment interest from the said Date of Judgment on the Total in line 5 above, to the date when this execution is satisfied~~, and your own fees.

Make service hereof within one year of this date, and due return hereof with your doings thereon, within thirty days from satisfaction hereof.

Signed (Assistant Clerk of said court): Noelle Rivera
On (Date): 1/14/2010

For Court Use Only
File date

WAGE EXECUTION PROCEEDINGS

WAGE EXECUTION TRANSMITTAL

February 12, 2010

STATE MARSHAL SHEFTEL                          OUR FILE CN-M30909

FROM: LAW OFFICES HOWARD LEE SCHIFF, P.C.
RE:   CAPITAL ONE BANK vs. JOANN EGLETES

DEAR STATE MARSHAL SHEFTEL

ENCLOSED FIND A WAGE EXECUTION FOR SERVICE. DEFENDANT'S EMPLOYMENT WAS VERIFIED CT AT:

LAW OFFICE OF IRIVING PINSKY
114 SHERMAN AVE

NEW HAVEN, CT 06510
Telephone: 203-624-3175

- - - - - - - DEFENDANT INFORMATION - - - - - - - -

JOANN EGLETES

148 BRADFORD AVENUE #7

EAST HAVEN, CT
DATE OF BIRTH: 06/26/60  SOC SEC NO: 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

- - - - - - - - CLAIM INFORMATION - - - - - - - - -

AMOUNT DUE:                                    1017.82
INTEREST:                                       619.43
JUDGMENT LIEN/COSTS:
OUR TOTAL:                                     1637.25

MARSHAL'S EXECUTION FEE: _____

GRAND TOTAL: _____

DATE LEVIED: _____

LEVIED WITH: _____

Please be sure to fill in all spaces above and return a copy of this form to our office as soon as you levy the wage execution.

- - - - - - - - SPECIAL INSTRUCTIONS - - - - - - - -

EMPLOYMENT ASSUMED


         THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.
AO