UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOANN EGLETES

v.                                                          CASE NO. 3:10 cv 641 (CSH)

LAW OFFICES HOWARD LEE SCHIFF, P.C.

STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendant stipulate that the complaint herein may be dismissed with prejudice in accordance with the parties' settlement agreement, without costs or fees to any party.

THE PLAINTIFF

By__/s/ Joanne S. Faulkner___
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
(203) 772-0395


*/s/ Thomas A. Leghorn*
Thomas A. Leghorn ct22106
Jill E. Alward
Attorney for DEFENDANT,
LAW OFFICES OF HOWARD LEE SCHIFF
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
File No. 09120.00237

4622947.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joanne S. Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395

Jeanine M. Dumont
Law Offices Howard Lee Schiff PC
510 Tolland Street
East Hartford, CT.  06108
Phone 860 528 9991  ext. 362

*Thomas A. Leghorn*
Thomas A. Leghorn

4622947.1